UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-22483-CIV-MORENO**

JEANETTE MOODY and WILLIAM MOODY,

        Plaintiffs,

vs.

HOLIDAY CVS, L.L.C., a Florida limited liability company,

        Defendant.
_____/

## ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND MOTION TO COMPEL

THIS CAUSE came before the Court upon Plaintiffs' Expedited Motion for Protective Order and Motion to Compel (**D.E. 16**), filed on **August 19, 2020**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED IN PART. This is a premises liability action brought by Plaintiff Jeanette Moody after suffering a slip and fall. Plaintiff files the instant motion seeking a protective order "specifying that Plaintiff shall not be deposed on September 3, 2020, until Defendant produces video depicting the subject incident." Alternatively, she requests that the Court compel the Defendant to produce the video before her deposition. Plaintiff writes that "Defendant has video from its store camera that captured the subject incident." Plaintiff cites to *Cabezudo-Vazquez v. Ross Dress for Less, Inc.*, No. 18-80469, 2018 WL 4908101 (S.D. Fla. July 27, 2018), which holds that there would be little if any prejudice in allowing a plaintiff to watch video of a slip and fall accident before being deposed about the incident. *Id.* at *2.

While the Court agrees that the Plaintiff should see video of the subject incident, it elects instead to require the Defendant to show the video during the Plaintiff's deposition on September 3, 2020.  In this way, Plaintiff's counsel will not be able to coach the Plaintiff witness ahead of time, but there will still be ample opportunity for Plaintiff to explain or elaborate about the subject incident after describing it initially.  Counsel for both parties shall have the opportunity to ask the Plaintiff questions about the video and incident during the deposition.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th of August 2020.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record